UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM EUGENE HAMMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-CV-16 CAS |
| | ) | |
| TERRY STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court sua sponte. In reviewing the complaint, the Court notes that plaintiff included the full Social Security numbers for several witness. Plaintiff should have redacted these Social Security as required by Local Rule 2.17(A)(1).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall redact the Social Security numbers appearing on page 10 of the original complaint [Doc. #1-4] in accordance with Local Rule 2.17(A)(1).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of May, 2007.