UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

WILLIAM EUGENE HAMMER, )
)
        Plaintiff, )
)
        v. ) No. 1:07-CV-16 CAS
)
TERRY STEVENS, )
TONY MILLER, )
DANA PERRY, )
HATTIE ROGERS, )
SAM PIKEY, )
CLYDE HALL, and )
MARK BAKER, )
)
        Defendants. )

**ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

                                /s/ Charles A. Shaw
                                **CHARLES A. SHAW**
                                **UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of May, 2007.